1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   PATRICK R. DELAHUNTY
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:15 –CR-00045  LJO/SKO

12                    Plaintiff,           STIPULATION AND ORDER BETWEEN THE
                                           UNITED STATES AND PHUL SINGH
13            v.

14 JYOTESHNA KARAN, et al

15                    Defendant.

16

17

18                           **STIPULATION**

19

20
        WHEREAS, the discovery in this case is voluminous and contains a large amount of personal
21
   information including but not limited to tax returns, Social Security numbers, dates of birth, financial
22
   account numbers, credit card numbers, telephone numbers, residential addresses, tax returns and
23
   supporting documents, and confidential business and accounting records ("Protected Information"); and,
24
        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the
25
   unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court
26
   proceedings in this matter;
27
        The parties agree that entry of a stipulated protective order is appropriate.
28

   STIPULATION AND ORDER                    1

1    THEREFORE, defendant PHUL SINGH, by and through his counsel of record, Galatea DeLapp

2 ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record,

3 hereby agree and stipulate as follows:

4    1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

5 Criminal Procedure, and its general supervisory authority.

6    2.    This Order pertains to all discovery provided to or made available to Defense Counsel as

7 part of the discovery in this case (hereafter, collectively known as the "discovery").

8    3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share or

9 provide any documents that contain Protected Information with anyone other than Defense Counsel and

10 designated defense investigators and support staff.

11    4.    The parties agree that Defense Counsel, defense investigators, and support staff shall only

12 provide the defendant with copies of documents subject to these agreements:

13        a)    The defendant shall only be provided with copies of documents that do not

14    contain Protected Information or copies of documents from which Protected Information has

15    been redacted.

16        b)    Defense Counsel may permit the defendant to view unredacted documents in the

17    presence of his attorney, defense investigators and support staff.

18        c)    The parties agree that Defense Counsel, defense investigators, and support staff

19    shall not allow the defendant to copy or record Protected Information contained in the discovery.

20    5.    The discovery and information therein may be used only in connection with the litigation

21 of this case and for no other purpose.  The discovery is now and will forever remain the property of the

22 United States Government.  Defense Counsel will return the discovery to the Government or certify that

23 it has been destroyed at the conclusion of the case.

24    6.    Defense Counsel will store the discovery in a secure place and will use reasonable care to

25 ensure that it is not disclosed to third persons in violation of this agreement.

26    7.    Defense Counsel shall be responsible for advising the defendants, employees, other

27 members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

28    8.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees

STIPULATION AND ORDER                    2

1  to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by /

2  this Order or the Court modifies this Order regarding such transfer of discovery.

3         IT IS SO STIPULATED.

4  Dated:  July 8, 2015                                    BENJAMIN B. WAGNER
                                                           United States Attorney

5
                                                           /s/

6
                                                           _____
7                                                          MARK E. CULLERS
                                                           Assistant United States Attorney

8  Dated: July 8, 2015                                     /s/

9
                                                           _____
10                                                         GALATEA DeLAPP
                                                           Attorney for  Phul Singh

11

12

13
                                            **ORDER**
14

15 IT IS SO ORDERED.

16
        Dated:    **July 16, 2015**                        **/s/ Sheila K. Oberto**
17                                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

   STIPULATION AND ORDER                         3