PHILLIP A. TALBERT
Acting United States Attorney
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
PATRICK R. DELAHUNTY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHUL SINGH,<br><br>    Defendant. | CASE NO.  1:15-CR-00045-LJO-SKO<br><br>APPLICATION TO MODIFY SUPERSEDING INDICTMENT AND DISMISSAL OF SUPERSEDING INDICTMENT AS TO DEFENDANT PHUL SINGH<br><br>DATE: TBA<br>TIME:  TBA<br>COURTROOM: FOUR |

APPLICATION TO DISMISS SUPERSEDING INDICTMENT

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Phillip A. Talbert, the Acting United States Attorney for the Eastern District of California, and Assistant United States Attorneys Henry Z. Carbajal III, Christopher D. Baker, and Patrick R. Delahunty, hereby seeks leave of court to file a dismissal without prejudice and in the interest of justice the Superseding Indictment against, and only against, Phul

Singh and Counts One, Two, Eleven, and Twelve as to, and only as to, Phul Singh, in Case No. 15-cr-00045 LJO.

Dated: June 1, 2016                         PHILLIP A. TALBERT
                                                   Acting United States Attorney

                        By:   /s/ Henry Z. Carbajal III
                            HENRY Z. CARBAJAL III
                            CHRISTOPHER D. BAKER
                            PATRICK R. DELAHUNTY
                            Assistant U.S. Attorneys

## DISMISSAL OF SUPERSEDING INDICTMENT

By leave of court, and pursuant Federal Rule of Criminal Procedure 48(a), the Acting United States Attorney dismisses without prejudice the Superseding Indictment in this matter against, and only against, Phul Singh and Counts One, Two, Eleven, and Twelve as to, and only to, Phul Singh, in Case No. 15-cr-00045 LJO.

Dated: June 1, 2016                         PHILLIP A. TALBERT
                                                   Acting United States Attorney

                        By:   /s/ Henry Z. Carbajal III
                            HENRY Z. CARBAJAL III
                            CHRISTOPHER D. BAKER
                            PATRICK R. DELAHUNTY
                            Assistant U.S. Attorneys

## ORDER

IT IS SO ORDERED, that upon application of the Acting United States Attorney and in the interest of justice, the Acting United States Attorney dismisses without prejudice the Superseding Indictment in this matter against, and only against, Phul Singh and Counts One, Two, Eleven, and Twelve as to, and only as to, Phul Singh, in Case No. 15-cr-00045 LJO. IT IS SO ORDERED.

Dated:  **June 1, 2016**                          /s/ Lawrence J. O'Neill
                                                              UNITED STATES CHIEF DISTRICT JUDGE